UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STONEY LAMONT GIPSON-WHETSTONE, et al.,<br><br>Defendants. | No. CR 09-00203 CW (WDB)<br><br>DETENTION ORDER |

    Having considered the proffers by the prosecution and the defense, the Court finds that the government has shown by clear and convincing evidence that there are no conditions on which Mr. Gipson-Whetstone could be released pending trial that would reasonably assure the safety of the community. I describe below the principal bases for this finding.

    Despite the fact that he is a relatively young man (24), Mr. Gipson-Whetstone has been arrested many times (five times as a juvenile and at least nine times as an adult) on serious charges, most involving drugs or violence, or both. As and adult, he has been convicted twice and has suffered one revocation of probation. Charges of robbery and conspiracy are pending against him in Sacramento.

    In addition, he has demonstrated on several occasions that he is prepared to flee from and fight with police officers who are trying to detain or question him. Most

1

recently (in January of this year), he fled from the police after allegedly participating in an armed robbery in Sacramento. In 2008 he was one of several men who led officers on a high speed vehicle chase across the Bay bridge and who fled on foot after their car crashed. In 2003 he was involved in a serious fight with and flight from officers who were trying to arrest him for dealing drugs. On that occasion he also gave the arresting officers a false name.

Mr. Gipson-Whetstone allegedly is a 'validated' member of the Taliban gang. He has been shot twice – once in 2006 and once in 2007 – and has been involved in at least one additional alleged exchange of gunfire with occupants of another vehicle (in 2008).

After Mr. Gipson-Whetstone was arrested in January of this year on the robbery charges, he posted bail and was released. Between then and the date of his arrest in March on the charges he faces here, he was intercepted numerous times on the wiretap as he made arrangements for what appear to be several drug transactions. The government contends that he is chargeable with dealing at least 155 grams of crack cocaine in the very recent past.

He has used marijuana to a substantial extent over the past several years and has been ordered to complete two different substance abuse treatment programs. He is unemployed, has a limited education, and no assets.

Taking all these circumstances into account, including the recent involvement in shootings, flight from authorities, and apparent drug trafficking (even while on bail on the pending robbery charges), the Court has no basis for concluding that if he were released, on any conditions, Mr. Gipson-Whetstone would decide to conform his conduct to the law and not revert to the pattern of sustained lawlessness that seems to have characterized his recent (and less recent) past.

The Court hereby ORDERS MR. GIPSON-WHETSTONE DETAINED ON THE GROUNDS THAT HIS RELEASE, ON ANY CONDITIONS, WOULD POSE AN UNREASONABLE RISK OF DANGER TO THE COMMUNITY.

IT IS SO ORDERED.

Dated: May 13, 2009

*Wayne D. Brazil*
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
All parties via ECF, Judge Wilken, WDB, Stats, Pretrial Services

3